IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEO B. BARROZO; MARIA
CONCEPCION BARROZO,

      Plaintiffs,                    No. CIV S-10-3342 GEB EFB PS

     vs.

AURORA LOAN SERVICES, LLC,

      Defendant.                 <u>ORDER</u>
_____/

     Plaintiffs, proceeding in pro se, have requested leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. This matter was referred to this court by Local Rule 302(c)(21), pursuant to 28 U.S.C. § 636(b)(1). Plaintiffs have submitted an affidavit in support of the application to proceed *in forma pauperis*, as required by 28 U.S.C. § 1915(a)(1).

     Pursuant to federal statute, a filing fee of $350.00 is required to commence a civil action in federal district court. 28 U.S.C. § 1914(a). The court may authorize the commencement of an action without prepayment of fees and costs or security therefor, by a person who submits an affidavit showing that he is unable to pay such costs or give security therefor. 28 U.S.C. § 1915(a)(1). An *in forma pauperis* applicant must demonstrate that because of her poverty, she cannot meet court costs and still provide himself and his dependents with the necessities of life. *Martinez v. Kristi Kleaners, Inc.*, 364 F.3d 1305, 1307 (11th Cir. 2004) (affidavit is sufficient if

it represents that the litigant is "unable to pay for the court fees and costs, and to provide necessities for himself and his dependents") (citing *Adkins v. E.I. Du Pont de Nemours & Co.*, 335 U.S. 331, 339-40 (1948)); *see also*, *Sears, Roebuck & Co. v. Charles W. Sears Real Estate, Inc.*, 865 F.2d 22, 23 (2d Cir. 1988) (denying *in forma pauperis* status where applicant had a net income of approximately $20,000).

Plaintiffs' affidavit indicates that plaintiff Leo Barrozo earns $3800.00 per month in gross pay and $2500.00 per month in take-home pay. Dckt. No. 4. The affidavit also indicates that plaintiffs have $200.00 in cash or in a checking or savings account, and own a 2005 SUV Pathfinder Nissan and a 1986 Nissan pick-up truck. *Id.* Although the affidavit also indicates that plaintiffs have $1100.00 a month in bills, two dependent children, and a credit card bill of $1600.00, because the affidavit does not explain how the remainder of plaintiff's take-home wages are spent, the court cannot find, based on the affidavit before it, that plaintiffs have insufficient assets to pay the filing fee and costs and provide the necessities of life for themselves and their dependents.

Accordingly, plaintiffs are directed to file, within fourteen days of this order, a further affidavit containing a more detailed accounting of their monthly expenses and an explanation as to why plaintiffs are unable to pay the filing fee and costs and provide the necessities of life for themselves and their dependents. The court will then resume consideration of plaintiffs' application to proceed *in forma pauperis*. A failure to file a further affidavit as ordered will result in a recommendation that plaintiffs' application to proceed *in forma pauperis* be denied.

SO ORDERED.

DATED: December 22, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE